UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY GORDON,

        Plaintiff,

v.

        Case Number 09-13655
        Honorable Thomas L. Ludington

SAGINAW PUBLIC SCHOOLS,

        Defendant.
_____/

**JUDGMENT**

In accordance with the order granting Defendant's motion for summary judgment [Dkt. # 20] entered on this date,

It is **ORDERED AND ADJUDGED** that Defendant's motion for summary judgment [Dkt. # 9] is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that Plaintiff's wrongful termination based on age discrimination claim under the Age Discrimination in Employment Act is **DISMISSED WITH PREJUDICE**.

It further **ORDERED AND ADJUDGED** that Plaintiff's discrimination based on national origin claim under Title VII of the Civil Rights Act of 1965 is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED ADJUDGED** that jurisdiction is **DECLINED** over Plaintiff's remaining state law claim.

It is further **ORDERED AND ADJUDGED** that Defendant's motion *in limine* [Dkt. #16] is **DENIED AS MOOT.**

                                              s/Thomas L. Ludington  
                                              THOMAS L. LUDINGTON  
                                              United States District Judge

Dated: February 10, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 10, 2011.

                               s/Tracy A. Jacobs  
                               TRACY A. JACOBS